# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott McCave, | ) No. CV 05-2993 PHX-DGC |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| Joseph M. Arpaio, | ) |
| Defendant. | ) |

Pending before the Court are Plaintiff Scott McCave's civil rights complaint and United States Magistrate Judge Bernardo P. Valesco's Report and Recommendation ("R&R"). Docs. ##1, 7. The R&R recommends that the Court dismiss the complaint for failure to prosecute. Doc. #7 at 4. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that the failure to timely file objections to any determination of the Magistrate Judge would be considered a waiver of the right to review of such determination. *Id.* at 4 (citing 28 U.S.C. § 636(b)(1)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and dismiss the complaint. *See*

1   28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole
2   or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)
3   (same).

**IT IS ORDERED:**

1. Magistrate Judge Bernardo P. Velasco's R&R (Doc. #7) is **accepted**.
2. Plaintiff Scott McCave's complaint (Doc. #1) is **dismissed**.
3. The Clerk of Court shall **terminate** this action.

DATED this 21st day of June, 2006.

_David G. Campbell_
United States District Judge